# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GEORGE GOODRITZ,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION** |
| v. | : | |
| | : | **NO. 17-2172** |
| **CENTRA ASSOCIATES, L.P., et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this _24th____ day of April, 2018, upon consideration of the joint Stipulation of Dismissal with Prejudice (Doc. 25), **IT IS HEREBY ORDERED AND DECREED** that the above-captioned matter is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this matter as **CLOSED** for statistical purposes.

                                                  **BY THE COURT:**

                                                  **/s/ Petrese B. Tucker**
                                                  _____
                                                  **Hon. Petrese B. Tucker, U.S.D.J.**